1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                            DISTRICT OF NEVADA
8                                   * * *
9    JORGE MIRANDA-RIVAS,                  Case No. 3:16-cv-00663-MMD-VPC
10                          Petitioner,                    ORDER
11        v.
12   HAROLD WICKHAM, *et al.*,
13                          Respondents.

14         Before the Court are the amended petition for writ of habeas corpus (ECF No. 10),

15  petitioner's motion for leave to file a second amended petition (ECF No. 12), respondents'

16  opposition (ECF No. 13), and petitioner's reply (ECF No. 14). Petitioner notes correctly in

17  his reply that the Court had the same issue before it in *Toribio-Ruiz v. Baca*, Case No.

18  3:14-cv-00492-MMD-WGC. Petitioner quotes extensively from the Court's order in that

19  case, granting leave to file a second amended petition. (ECF No. 14, at 6-7.)  The Court's

20  reasoning in *Toribio-Ruiz* applies with equal strength in this case.

21         It is therefore ordered that petitioner's motion for leave to file a second amended

22  petition (ECF No. 12) is granted. Petitioner will have ninety (90) days from the date of

23  entry of this order to file and serve a second amended petition for a writ of habeas corpus.

24         DATED THIS 8th day of February 2017.

25
26
                                              _____
27                                            MIRANDA M. DU
                                              UNITED STATES DISTRICT JUDGE
28