# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>Petitioner,<br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00663-MMD-VPC<br><br>ORDER |

Petitioner has filed an unopposed motion for an extension of time (third request) (ECF No. 22). Good cause appearing, it is therefore ordered that petitioner's unopposed motion for an extension of time (third request) (ECF No. 22) is granted *nunc pro tunc*. Petitioner will have through October 13, 2017, to file and serve a second amended petition.

DATED THIS 14th day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE