UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JORGE MIRANDA-RIVAS, | Case No. 3:16-cv-00663-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKMAN, *et al.*, | |
| Respondents. | |

Before the Court is Petitioner's motion for reconsideration. (ECF No. 31.) The Court has reviewed Respondents' response. (ECF No. 32.) The Court will grant Petitioner's motion because Respondents do not object to responding to the dismissed grounds six and seven in the ordinary course of litigation. (*See id.* at 3.)

Additionally before the Court is Respondents' motion for enlargement of time (first request). (ECF No. 33.) Good cause appearing, the Court will grant this motion.

It is therefore ordered that Petitioner's motion for reconsideration (ECF No. 31) is granted. Grounds 6 and 7 of the second amended petition (ECF No. 23) are reinstated.

It is further ordered that Respondents' motion for enlargement of time (first request) (ECF No. 33) is granted. Respondents will have thirty (30) days from the date of entry of this Order to file a response to the second amended petition (ECF No. 23).

DATED THIS 5th day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE