UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>                  Petitioner,<br>    v.<br><br>HAROLD WICKMAN, *et al.*,<br><br>                  Respondents. | Case No. 3:16-cv-00663-MMD-VPC<br><br>ORDER |

Good cause appearing, it is ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 38) is granted. Petitioner will have through October 12, 2018, to file a response to the motion to dismiss (ECF No. 35).

DATED THIS 27th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE