UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>               Petitioner,<br>    v.<br>HAROLD WICKMAN, *et al.*,<br><br>               Respondents. | Case No. 3:16-cv-00663-MMD-CBC<br><br>ORDER |

Good cause appearing, Petitioner's motion for extension of time (second request) (ECF No. 43) is granted. Petitioner need not file an opposition to Respondents' motion to dismiss (ECF No. 35) until further order of the Court.

DATED THIS 16th day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE