# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>　　　　　　Petitioner,<br>　v.<br>HAROLD WICKMAN, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:16-cv-00663-MMD-CBC<br><br>ORDER |

Petitioner has filed a motion for stay and abeyance (ECF No. 41). Respondents do not oppose the motion (ECF No. 45). It is therefore ordered that Petitioner's motion for stay and abeyance (ECF No. 41) is granted.

It is further ordered that this action is stayed pending exhaustion of the unexhausted claims. Petitioner must return to this Court with a motion to reopen within forty-five days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings. Further, Petitioner or Respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

It further is ordered that the Clerk of Court administratively close this action until such time as the Court grants a motion to reopen the action.

DATED THIS 9th day of November 2018.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE