UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JORGE MIRANDA-RIVAS, | Case No. 3:16-cv-00663-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKMAN, *et al.*, | |
| Respondents. | |

Petitioner has filed a motion for leave to file a third amended petition for writ of habeas corpus (ECF No. 52), which respondents do not oppose (ECF No. 53). Respondents have filed an unopposed motion for enlargement of time. (ECF No. 54.) The Court grants the motions.

It is therefore ordered that Petitioner's motion for leave to file a third amended petition for writ of habeas corpus (ECF No. 52) is granted. Petitioner must file the third amended petition and the associated exhibits within 7 days from the date of entry of this order.

It is further ordered that Respondents' unopposed motion for enlargement of time (ECF No. 54) is granted. Respondents will have 30 days from the filing of the third amended petition to file a response to the third amended petition.

DATED THIS 9th day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE