# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE MIRANDA-RIVAS, | Case No. 3:16-cv-00663-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for extension of time (first request) (ECF No. 60). The Court finds good cause to grant the motion.

It is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 60) is granted. Petitioner will have up to and including March 9, 2020, to file a response to the motion to dismiss (ECF No. 58).

DATED THIS 7th day of February 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE