UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (second request). (ECF No. 64.) Petitioner asks for another 60 days to file a response to the motion to dismiss. (ECF No. 58.) That time is excessive, particularly given that a 30-day extension had been granted. However, the Court will grant the motion in part.

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 64) is granted in part. Petitioner will have up to and including April 9, 2020, to file a response to the motion to dismiss. (ECF No. 58.)

DATED THIS 11th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE