UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 68). The Court finds good cause to grant Respondents' motion.

Petitioner has filed a motion for leave to file Petitioner's opposition to motion to dismiss in excess of the page limit. (ECF No. 67.) The Court assumes from Respondents' unopposed motion for enlargement (ECF No. 68) that Respondents do not oppose Petitioner's motion and that they are preparing a reply to the opposition to the motion to dismiss (ECF No. 66). The Court finds good cause to grant Petitioner's motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 68) is granted. Respondents will have up to and including May 15, 2020, to file a reply to Petitioner's opposition to the motion to dismiss (ECF No. 66).

It is further ordered that Petitioner's motion for leave to file Petitioner's opposition to motion to dismiss in excess of the page limit (ECF No. 67) is granted.

DATED THIS 17th day of April 2020.

　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE