UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>                      Petitioner,<br>  v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>                      Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 70). The Court finds good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 70) is granted. Respondents will have up to and including June 15, 2020, to file a reply to Petitioner's opposition to the motion to dismiss (ECF No. 66).

DATED THIS 18th day of May 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE