# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>                Petitioner,<br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (third request) (ECF No. 72). The Court finds good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (third request) (ECF No. 72) is granted. Respondents will have up to and including July 15, 2020, to file a reply to Petitioner's opposition to the motion to dismiss (ECF No. 66).

DATED THIS 16th day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE