1
2
3                                UNITED STATES DISTRICT COURT
4                                      DISTRICT OF NEVADA
5                                              * * *
6   JORGE MIRANDA-RIVAS,                              Case No. 3:16-cv-00663-MMD-CLB
7                                Petitioner,                        ORDER
8          v.
9   HAROLD WICKHAM, *et al.*,
10                               Respondents.
11
12         Respondents have filed an unopposed motion for enlargement of time (fifth
13   request). (ECF No. 76.) The Court finds good cause to grant Respondents' motion.
14         It is therefore ordered that Respondents' unopposed motion for enlargement of
15   time (fifth request) (ECF No. 76) is granted. Respondents will have up to and including
16   August 21, 2020, to file a reply to Petitioner's opposition to the motion to dismiss (ECF
17   No. 66).
18         DATED THIS 18th day of August 2020.
19
20                                        _____
21                                        MIRANDA M. DU
                                         CHIEF UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28