# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>  Petitioner,<br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>  Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (seventh request) (ECF No. 80). The Court finds good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (seventh request) (ECF No. 80) is granted. Respondents will have up to and including September 11, 2020, to file a reply to Petitioner's opposition to the motion to dismiss (ECF No. 66).

DATED THIS 31st day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE