UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>　　　　Petitioner,<br><br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>　　　　Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Petitioner has filed a motion for extension of time to file declaration (ECF No. 85). The court finds that good cause exists to grant the motion.

It is therefore ordered that petitioner's motion for extension of time to file declaration (ECF No. 85) is granted. Petitioner will have up to and including December 9, 2020, to file his declaration dismissing grounds 10 and 12 of the third amended petition (ECF No. 56).

DATED THIS 10th Day of November 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE