UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>              Petitioner,<br>    v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>              Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Petitioner Jorge Miranda-Rivas has filed a motion for dismissal of grounds ten and twelve of the third amended petition (ECF No. 84) and a declaration by petitioner himself stating that he agrees with the dismissal of those two unexhausted grounds (ECF No. 87). The Court finds that good cause exists to grant the motion.

It is therefore ordered that petitioner's motion for dismissal of grounds ten and twelve of the third amended petition (ECF No. 84) is granted. Grounds ten and twelve of the third amended petition are dismissed. Briefing will proceed in accordance with the schedule of the Court's order of September 30, 2020 (ECF No. 83).

DATED THIS 10th Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE