UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE MIRANDA-RIVAS, | Case No. 3:16-cv-00663-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time of 30 days to respond to Petitioner's Third Amended Petition. (ECF No. 89 (first request for enlargement).) The Court finds that because the motion is made in good faith and not for the purpose of delay, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 89) is granted. Respondents will have up to and including March 10, 2021, to file an answer to the third amended petition. (ECF No. 56.)

DATED THIS 9th Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE