UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JORGE MIRANDA-RIVAS,

                    Petitioner,

   v.

HAROLD WICKHAM, *et al.*,

                 Respondents.

Case No. 3:16-cv-00663-MMD-CLB

ORDER

      Respondents have filed an unopposed motion for enlargement of time (second request) of 30 days to file their answer to the Third Amended Petition. (ECF No. 91.) The Court finds that the motion is made in good faith and not solely for the purpose of delay, and there is good cause exists to grant the motion.

      It is therefore ordered that respondents' unopposed motion for enlargement of time (second request) of 30 days (ECF No. 91) is granted. Respondents will have up to and including April 9, 2021, to an answer to the Third Amended Petition. (ECF No. 56.)

      DATED THIS 11th Day of March 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE