UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>　　　　　　　Petitioner,<br>v.<br>HAROLD WICKHAM, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (third request) (ECF No. 93). The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (third request) (ECF No. 93) is granted. Respondents will have up to and including May 10, 2021, to file an answer to the third amended petition (ECF No. 56).

DATED THIS 16th Day of April 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE