UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JORGE MIRANDA-RIVAS, | Case No. 3:16-cv-00663-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (fourth request) (ECF No. 95). The Court finds that the motion is not made solely for the purpose of delay and that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (fourth request) (ECF No. 95) is granted. Respondents will have up to and including May 20, 2021, to an answer to the third amended petition (ECF No. 56).

DATED THIS 11th Day of May 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE