UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE MIRANDA-RIVAS,<br><br>      Petitioner,<br> v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>      Respondents. | Case No. 3:16-cv-00663-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (fifth request) (ECF No. 97) to have until May 24, 2021, to file their answer to Petitioner Jorge Miranda-Rivas' Third Amended Petition for Writ of Habeas Corpus (ECF No. 56). The Court finds that the motion is not made solely for the purpose of delay and that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (fifth request) (ECF No. 97) is granted. Respondents will have up to and including May 24, 2021, to file an answer to the third amended petition (ECF No. 56).

DATED THIS 21st Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE