UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JORGE MIRANDA-RIVAS, | Case No. 3:16-cv-00663-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for extension of time (first request) (ECF No. 100) to file his reply. The Court finds that the request was made in good faith and not solely for the purpose of delay, and that good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 100) is granted. Petitioner will have up to and including July 23, 2021, to file a reply to the answer (ECF No. 99).

DATED THIS 25th Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE