UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JORGE MIRANDA-RIVAS, | Case No. 3:16-cv-00663-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Upon review of the exhibits filed in the above matter, it appears that the parties failed to comply with the redaction requirements of Local Rule IC 6-1(a)(3). (*See* ECF Nos. 36-26 at 61; 36-27 at 44; 52-3 at 44; 57-1 at 44.) Compelling reasons exist to seal these documents as they contain personal-data identifiers, and the parties cannot change their filings.

It is therefore ordered that within 10 days of the date of entry of this order, Respondents must file a redacted publicly available copy of the documents filed as ECF Nos. 36-26 and 36-27, in compliance with LR IC 6-1(a)(3). Petitioner need not file redacted publicly available copies for ECF Nos. 52-3 and 57-1 as they duplicate ECF No. 36-27.

The Clerk of Court is directed seal the documents filed as ECF Nos. 36-26, 36-27, 52-3 and 57-1.

DATED THIS 2nd Day of May 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE